# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LANE CARTER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-1090-S-BN |
| | § | |
| QWICK, INC. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that, if within the time to file objections, Defendant Qwick, Inc., provides evidence to support its jurisdictional allegations, the Court should grant Defendant's Motion for Summary Judgment [ECF No. 10] and dismiss this lawsuit with prejudice. *See* ECF No. 23.

Within 14 days, Defendant submitted evidence that could be presented at trial in an admissible form that the Court finds sufficient to support jury findings as to the parties' citizenships – that Defendant is a citizen of Delaware and Arizona and that Plaintiff Lane Carter is domiciled in, and thus a citizen of, Texas. *See* ECF No. 24; *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010); *SXSW v. Fed. Ins. Co.*, 83 F.4th 405, 407 (5th Cir. 2023); *Coury v. Prot*, 85 F.3d 244, 251 (5th Cir. 1996). And, so, Defendant, as the party invoking the Court's diversity subject-matter jurisdiction through removal, has satisfied its burden at summary judgment to "provide evidence sufficient to support a jury finding of the citizenship of each" party. *Megalomedia Inc. v. Phila. Indem. Ins. Co.*, 115 F.4th 657, 659 (5th Cir. 2024).

Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error,

the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 19, 2025.

_____
**UNITED STATES DISTRICT JUDGE**